UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 29781
                                                CHAPTER 13
VANETTA L HINES
                                                JUDGE JANET S BAER

        DEBTOR                                  NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN
files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed
below has been paid in full.

**Name of Creditor:** U.S. BANK NATIONAL ASSOCIATION

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 2 | 6406 1851 NATCHEZ | $7,591.52 | $7,941.52 | $7,941.52 |
| Total Amount Paid by Trustee | | | | | $7,941.52 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a
Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the
Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor
has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is
otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends
remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the
holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 08-29781-JSB

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 23rd day of December, 2013.

Debtor:
VANETTA L HINES
1851 N NATCHEZ
CHICAGO, IL  60707

Attorney:
ROBERT J ADAMS & ASSOC
901 W JACKSON # 202
CHICAGO, IL  60607
via Clerk's ECF noticing procedures

Mortgage Creditor:
GMAC MORTGAGE LLC
% FISHER & SHAPIRO LLC
2121 WAUKEGAN RD # 301
NORTHBROOK, IL  60062-1060

Creditor:
GMAC MORTGAGE CORPORATION
500 ENTERPRISE RD
HORSHAM, PA  19044-0969

ELECTRONIC SERVICE - United States Trustee

Date:  December 23, 2013

/s/ TOM VAUGHN

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603